**No. 10-9132. Reginald Ray York, Petitioner v. California.**

563 U.S. 963, 131 S. Ct. 2155, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3189.

April 25, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-9143. Charles E. Redman, Petitioner v. West Virginia.**

563 U.S. 963, 131 S. Ct. 2156, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3235.

April 25, 2011. Petition for writ of certiorari to the Circuit Court of West Virginia, Berkeley County, denied.

**No. 10-9144. Thomas Burnside, Petitioner v. Doug Prudden, Warden, et al.**

563 U.S. 963, 131 S. Ct. 2156, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3253.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9148. Franklin Lynch, Petitioner v. California.**

563 U.S. 963, 131 S. Ct. 2156, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3196.

April 25, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 50 Cal. 4th 693, 114 Cal. Rptr. 3d 63, 237 P.3d 416.

**No. 10-9149. Jose Cruz Lopez, Petitioner v. California.**

563 U.S. 964, 131 S. Ct. 2156, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3281.

April 25, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-9150. Eddie Wagner Martin, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 964, 131 S. Ct. 2157, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3292,

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9153. Steven D. Simon, Petitioner v. City of Atlanta, Georgia, et al.**

563 U.S. 964, 131 S. Ct. 2157, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3301,

April 25, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

**No. 10-9154. Arturo Neri Prado, Petitioner v. Texas.**

563 U.S. 964, 131 S. Ct. 2157, 179 L. Ed. 2d 941, 2011 U.S. LEXIS 3207.

April 25, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.